UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-10907-AH (DFM) | Date | February 25, 2025 |
| Title | *Mirsa Hurtado Garcia v. Eliseo Ricolcol* | | |

Present: The Honorable  Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On December 16, 2024, Petitioner Mirsa Hurtado Garcia filed a Petition for Writ of Habeas Corpus. Dkt. No. 1. On December 18, 2024, the Clerk of the Court issued a Notice that Petitioner failed to file the appropriate filing fee of $5.00. *See* Notice re: Discrepancies in Filing of Habeas Corpus Petition ("Notice"), Dkt. No. 2 at 1. The Notice included information regarding the acceptable forms of payment, and information regarding how to proceed without paying the filing fee if Petitioner is unable to pay. *See id.* The Notice also included the required form Petitioner would have to fill out to proceed *in forma pauperis* ("IFP") (form CV-60P). *Id.* at 2–4. Critically, the Notice informed Petitioner that if she did not "respond within THIRTY DAYS from the date of this letter, your case may be dismissed." *Id.* at 1.

As of the date of this order, the thirty-day deadline has passed, and Petitioner has not paid the filing fee or filed a Form CV-60P. Instead, Petitioner filed an amended petition. By no later than March 11, 2025, Petitioner is ordered to either pay the filing fee or file form CV-60P requesting to proceed IFP. Failure to do so will result in the dismissal of this case without prejudice.

**IT IS SO ORDERED.**